**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-178-PMP (VCF) |
| | ) | |
| BILLY CEPERO, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On October 25, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BILLY CEPERO to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant BILLY CEPERO pled guilty. Docket #1, #58, #59, #62.

On February 2, 2012, the United States District Court for the District of Nevada entered a Final Order of Forfeiture as to Defendant BILLY CEPERO pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7), forfeiting property of the defendant BILLY CEPERO to the United States. #72.

. . .

1    This Court finds the United States of America published the notice of the forfeiture in
2 accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,
3 consecutively from October 28, 2011, through November 26, 2011, notifying all third parties of their
4 right to petition the Court. #63.

5    On January 20, 2012, John Johnson was personally served with a copy of the Notice and the
6 Preliminary Order of Forfeiture as to Defendant BILLY CEPERO. #68.

7    On February 2, 2012, the Petition, Stipulation for Return of Property and Order regarding the
8 Smith & Wesson, 340 PD, .357 caliber revolved, serial number DBH9904, claimed by John Johnson,
9 was filed. #73.  On February 3, 2012, the Court entered the Order granting the Petition, Stipulation
10 for Return of Property. #74.

11    This Court finds no other petitions were filed herein by or on behalf of any person or entity
12 and the time for filing such petitions and claims has expired.

13    This Court finds no petitions are pending with regard to the assets named herein and the time
14 for presenting such petitions has expired.

15    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
16 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
17 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
18 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
19 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
20 law:

21    a.    a Smith & Wesson, 340 PD, .357 caliber revolved, serial number DBH9904; and
22    b.    any and all ammunition.
23 . . .
24 . . .
25 . . .
26 . . .

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __ 29th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE