# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-00178-PMP-VCF |
| vs. | **ORDER** |
| BILLY CEPERO, | |
| Defendant. | |

Before the Court is Billy Cepero's Motion for the Court to Send a Copy of # 122 Granted Copywork Limit Extension to N.D.O.C. (#132).

IT IS HEREBY ORDERED that Motion for the Court to Send a Copy of # 122 Granted Copywork Limit Extension to N.D.O.C. (#132) is GRANTED and a copy of the attached Order be provided to the Nevada Department of Corrections, P.O. Box 7000, Carson City, Nevada 89702.

DATED this 3rd day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE