# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BILLY CEPERO,<br><br>　　　　　　　　Defendant. | 2:10-cr-00178-PMP-VCF<br><br>**ORDER** |

　　　　Before the Court are Billy Cepero's Motion to Submit Financial Certificate and *In Forma Pauperis* (#138) and Application for Leave to Proceed *in Forma Pauperis* (#139).

　　　　Defendant wishes to proceed *in forma pauperis* before filing his Writ of Habeas Corpus. In a criminal action, no legal bases exist for a defendant to file an Application for Leave to Proceed *in Forma Pauperis* on a Writ of Habeas Corpus.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that Defendant's Motion to Submit Financial Certificate and *In Forma Pauperis* (#138) and Application for Leave to Proceed *in Forma Pauperis* (#139) are DENIED without prejudice.

　　　　DATED this 26th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE