UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-cr-00178-PMP-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BILLY CEPERO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 13, 2014, Defendant Billy Cepero filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #141). Plaintiff United States filed a Response in Opposition thereto (Doc. #147) on September 15, 2014. In its Response, the Government argued that Defendant Cepero's motion was untimely and should be dismissed unless Defendant Cepero could demonstrate a basis for equitable tolling of the one-year limitation for filing motions for relief under § 2255.

On October 1, 2014, the Court entered an Order (Doc. #149) directing that Defendant Cepero have until November 17, 2014 within which to file a Reply Memorandum demonstrating his entitlement to equitable tolling in this case. On December 29, 2014, Defendant Cepero filed a Reply Memorandum (Doc. #153) in which he failed to do so.

As a result, the Court finds that Defendant Cepero's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #141) filed August 13, 2014 is untimely as it was not filed within one-year of the date on which Defendant Cepero's

conviction became final, to wit: February 13, 2012.

**IT IS THEREFORE ORDERED** that Defendant Cepero's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #141) is hereby **DENIED** as untimely.

**IT IS FURTHER ORDERED** that a Certificate of Appealablity is **DENIED**.

DATED: January 5, 2015.

PHILIP M. PRO
United States District Judge