# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>BILLY CEPERO,<br><br>           Defendant. | Case No. 2:10-cr-00178-APG-VCF<br><br>**ORDER GRANTING MOTION FOR TRANSCRIPT**<br><br>(ECF No. 163) |

Defendant Billy Cepero moves for a copy of the transcript of the January 7, 2013 hearing before Judge Pro. Mr. Cepero was previously provided a copy of that transcript. *See* ECF No. 108. Nevertheless, I will authorize him to receive one more copy of that transcript.

IT IS HEREBY ORDERED that Mr. Cepero's motion **(ECF No. 163) is GRANTED**. The clerk of the court is directed to mail a copy of ECF No. 112 to Mr. Cepero at his address listed in the court records.

DATED this 1st day of May, 2018.

                                                    ANDREW P. GORDON
                                                    UNITED STATES DISTRICT JUDGE